# District Court Of Appeal Of The State Of Florida
## Fourth District

**ALEXANDER BALAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-755

[August 12, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case Nos. 13-002277CF10A, 13-002496CF10A, 13-003418CF10A and 13-005200CF10A.

Alexander Balan, Cross City, pro se.

No appearance required for appellee.

Per Curiam.

*Affirmed.*

Conner, C.J., Warner and Gerber, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***